UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KELLY BYRNES,

                Plaintiff,

    - against –

FRANK BISIGNANO
*Commissioner of the Social Security
Administration*,

           Defendant.
----------------------------------------------------------------x

Docket No. 7:26-cv-02316-BCM

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___07/02/26___ |

## ORDER

    **WHEREAS** the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

    **ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by August 30, 2026. Defendant's Brief is due October 29, 2026, and Plaintiff's Reply Brief is due November 12, 2026.

                      **SO ORDERED**

                      _____

                      **Barbara Moses**
                      **United States Magistrate Judge**
                      **July 2, 2026**